United State Court of Appeals
For the First Circuit

No. 24-1444

George E. Kersey
Plaintiff-Appellant

v.

Donald J. Trump
Defendant-Appellee

June 15, 2024
Oral Hearing Requested

## Appeal Brief

Appellant's Complaint has been rejected because Appellant allegedly does not have Standing.

Appellant is a former member of the U.S. Army and took an Oath to Defend the Constitution.

Appellee is in violation of Article II, Section 1, Clause 9 which provides that the President must be of Natural Birth, and Appellee is not.

Appellant has been injured by the continuous activity in running for the Presidency. Every time he runs he is violating the Constitution and confronting the Oath that Appellant took to defend the Constitution, causing injury to Appellant.

Respectfully,
George E. Kersey, Pro se
*George E. Kersey*
684 Newton Street
Chestnut Hill, MA 02467
(518) 966-9690



**PRIORITY MAIL**

Retail

U.S. POSTAGE PAID
PM
CHESTNUT HILL, MA 02467
JUN 22, 2024




02210
$9.85
RDC 03    0 Lb 1.80 Oz    S2324A502360-18

PRESS FIRMLY TO SE...

06/24/24



88

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



FROM:

George Kersey
684 Newton Street
Chestnut Hill, MA
02467
(518) 966-9690

TO:

Office of the Clerk
United States Court of Appeals
John Joseph Moakley US Court House
1 Courthouse Way - Suite 2500
Boston, MA.
02210

USPS SCREENED